1   ANTHONY M. BARNES, SBN 199048
    Email: amb@atalawgroup.com
2   JASON R. FLANDERS, SBN 238007
    Email: jrf@atalawgroup.com
3   AQUA TERRA AERIS (ATA) LAW GROUP
4   4030 Martin Luther King Jr. Way
    Oakland, CA 94609
5   Telephone: (917) 371-8293

6

7   *Attorneys for Plaintiff*
    CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

8

9

10                      **UNITED STATES DISTRICT COURT**
                        **NORTHERN DISTRICT OF CALIFORNIA**

11

12  | CALIFORNIA SPORTFISHING PROTECTION | Case No.: 5:20-cv-06872 |
    | ALLIANCE, a non-profit corporation, | |

13

14                    Plaintiff,      **NOTICE OF LODGING OF [PROPOSED]**
    vs.                               **CORRECTED CONSENT DECREE;**
15                                    **REQUEST FOR ENTRY OF [PROPOSED]**
                                      **CORRECTED CONSENT DECREE**
    METECH RECYCLING INC., a California
16  corporation,

17

18                    Defendant.

19

20       WHEREAS, on March 9, 2021, Plaintiff California Sportfishing Protection Alliance

21  ("Plaintiff") and Defendant Metech Recycling, Inc. ("Defendant") (collectively, "the Parties")

22  agreed on a tentative settlement resolving the issues raised in Plaintiff's complaint; and

23       WHEREAS, on March 10, 2021, Plaintiff filed a Notice of Tentative Settlement and requested

24  the Court not sign the Consent Decree until a mandatory period for comment by the United States

25  had passed pursuant to United States Code, title 33, section 1365(c)(3) and Code of Federal

26  Regulations, title 40, section 135.5 (ECF #17); and

27

28

                                        1

1    WHEREAS, on March 19, 2021, Plaintiff filed a Notice of Commencement of 45-Day Review

2    Period, which advised the Court that the United States had acknowledged receipt of the Consent

3    Decree and would notify the Court of any objections to the Consent Decree by April 23, 2021, (ECF

4    #19); and

5    WHEREAS, on April 23, 2021, the United States Department of Justice notified Plaintiff via

6    electronic mail that the United States does not object to the Court's entry of the Consent Decree into

7    judgment; as the Agencies have indicated that they have no objection to entry, the Court may now

8    enter the [Proposed] Consent Decree, which includes a request that the Court retain jurisdiction to

9    enforce the terms of the [Proposed] Consent Decree if necessary.

10    WHEREAS, on April 23, 2021 Plaintiff submitted a [Proposed] Consent Decree to the Court

11    for approval and entry and on May 3, 2021 the Court identified a typographical error in the [Proposed]

12    Consent Decree which was corrected by the Parties and resubmitted here as part of this filing.

13    THEREFORE, Plaintiff hereby requests the Court sign the [Proposed] Corrected Consent

14    Decree, a true and correct copy of which is attached to this Notice of Lodging as "Exhibit A," and

15    enter the Corrected Consent Decree as judgment.

16

17    DATED: May 3, 2021                    AQUA TERRA AERIS LAW GROUP

18

19

20                                      /s/Anthony M. Barnes
                                        Anthony M. Barnes
21                                      Attorneys for Plaintiff

22

23

24

25

26

27

28

NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE; REQUEST FOR ENTRY OF [PROPOSED]
CONSENT DECREE